<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 01-1609**

―――――――――

JUANITA M. DUNCAN,

Plaintiff - Appellant,

versus

GREENVILLE HOSPITAL SYSTEM,

Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the District of South Carolina, at Greenville. Henry M. Herlong, Jr., District Judge. (CA-00-235-6)

―――――――――

Submitted:  September 20, 2001      Decided:  September 28, 2001

―――――――――

Before LUTTIG, KING, and GREGORY, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Juanita M. Duncan, Appellant Pro Se.  Thomas Allen Bright, HAYNSWORTH, BALDWIN, JOHNSON & GREAVES, L.L.C., Greenville, South Carolina, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Juanita M. Duncan appeals from the district court's order dismissing her employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Duncan v. Greenville Hosp. Sys., No. CA-00-235-6 (D.S.C. Apr. 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2